IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 11-330 |
|  | : |  |
| v. | : |  |
|  | : |  |
| ELISIA CRUZ | : | CRIMINAL ACTION NO. 09-465 |

## ORDER

**AND NOW**, this 18th day of July, 2011, upon consideration of Defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docket No. 42), and the Government's Motion to Dismiss Defendant's Motion (Docket No. 48), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion is **GRANTED**.

2. Defendant's Motion is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.